**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 8:05-cr-36-T-30TBM**

**WOJTEK CISZKOWSKI,**

**Defendant.**
________________________________/

**O R D E R**

This cause is before the court on the following motions:

1) Defendant's **Motion to Withdraw as Counsel** (Doc. 38)**;** and

2) **Motion of the United States for a Hearing on the Defendant's Ability to Retain Legal Counsel** (Doc. 39).

By this second motion to withdraw, attorney Jeffrey G. Brown again cites irreconcilable differences with his client and the Florida Rules of Professional Conduct in legal support. Before a hearing on the matter could be conducted, Arthur Eggers entered an appearance on behalf of the Defendant as retained counsel. In these circumstances, it is appropriate that Mr. Brown be relieved of further responsibilities on behalf of the Defendant. Accordingly, the **Motion to Withdraw as Counsel** (Doc. 38) is **GRANTED**.[1]

By it's motion for a hearing on the Defendant's ability to retain legal counsel, the government requests a hearing to address evidence suggesting the Defendant has recently sold his residence and has the financial ability to hire private counsel. The motion also requests that the court direct the Defendant to reimburse the court for costs of Mr. Brown's

[1]The court has spoken with Mr. Eggers and advised him that absent a further waiver of speedy trial, in writing, and the grant of a continuance by the district judge, the case will be tried during the August 2005 trial term.

representation.[2] With the appearance of Mr. Eggers as retained counsel on behalf of the Defendant and in light of the court's prior order, it appears unnecessary that the court conduct a further hearing on the government's motion. Accordingly, the **Motion of the United States for a Hearing on the Defendant's Ability to Retain Legal Counsel** (Doc. 39) is **DENIED**.

**Done and Ordered** in Tampa, Florida, this 24th day of June 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Judge Steven D. Merryday
Judge James S. Moody Jr.
Stephen Muldrow, Assistant United States Attorney
Jeff Brown, Counsel for Defendant

---

[2] At his initial appearance the Defendant additional time to arrange private counsel. He was unable to do so and Magistrate Judge Scriven entered an order appointing Jeffrey Brown pursuant to the CJA. The Defendant owned a house with his wife in which, as is now apparent, there was substantial equity.