UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.:   8:05-cr-36-T-23TBM

WOJTEK CISZKOWSKI

_____/

**ORDER**

On August 21, 2007, the Eleventh Circuit Court of Appeals affirmed (Doc. 136)

the defendant's conviction and sentence and no motion has been filed pursuant to 28

U.S.C. § 2255.  The defendant currently has no pending matter in this court.

The defendant moves (Doc. 140, 141) for copies of his criminal case docket sheet

and trial transcripts without cost to aid in his preparation of a motion pursuant to 28

U.S.C. § 2255.  However, Harless v. United States, 329 F.2d 397 (11th Cir. 1964),

provides that, "A federal prisoner is not entitled to obtain copies of court records at

Government expense for the purpose of searching the record for possible error."

Should the defendant file a proper motion pursuant to Section 2255, he may renew his

motion to proceed *in forma pauperis* and renew his request for transcripts.  United

States v. Lewis, 37 F.3d 1510 (table), 1994 WL 563442 (10th Cir. 1994); Skinner v.

United States, 434 F.2d 1036 (5th Cir. 1970); Walker v. United States, 424 F.2d 278

- 2 -

(5th Cir. 1970).  See also United States v. MacCollom, 426 U.S. 317, 96 S. Ct. 2086

(1976).  The defendant's motion for copies without cost is **DENIED.**

ORDERED in Tampa, Florida, on July 11, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE